Filed 4/11/18

# IN THE SUPREME COURT OF CALIFORNIA

| | | |
|---|---|---|
| THE PEOPLE, | ) | |
| | ) | S224564 |
| Plaintiff and Respondent, | ) | |
| | ) | Ct.App. 4/1 D063428 |
| v. | ) | |
| | ) | San Diego County |
| LEONEL CONTRERAS and | ) | Super. Ct. No. SCD236438 |
| WILLIAM STEVEN RODRIGUEZ, | ) | |
| | ) | |
| Defendants and Appellants. | ) | |
| _____ | ) | |

## ORDER MODIFYING OPINION

THE COURT:

The opinion in this matter, which was filed February 26, 2018, and appears at 4 Cal.5th 349, is modified as follows:

In the second full paragraph starting on page 363, beginning "The record in this case," the sentence, "An opportunity to obtain release does not seem 'meaningful' or 'realistic' within the meaning of *Graham* if the chance of living long enough to meet that opportunity is roughly the same as a coin toss" is modified to read as follows: "An opportunity to obtain release does not seem 'meaningful' or 'realistic' within the meaning of *Graham* if the chance of living long enough to make use of that opportunity is roughly the same as a coin toss. (Cf. dis. opn. of Cantil-Sakauye, C. J., *post*, at p. 394.)"

This modification does not affect the judgment.

1